■ In the Matter of JOSEPH D. DEVINE, Appellant, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, and JOHN M. BURNS, JR., et al., Respondents.— Order entered on August 24, 1962 unanimously reversed, on the law and on the facts, without costs, and the relief sought in the petition herein is granted. There is no question that the Board of Elections was properly served as provided by the order to show cause dated August 20, 1962. Likewise, it is clear that the provisions for service upon the objectors as recited in the orders to show cause were complied with. On the merits, the name appearing on the petition was the proper name of the candidate. Consequently, there were no valid grounds for vacating the petition. Motion to dispense with printing granted. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ In the Matter of FERDINAND J. MONDELLO et al., Appellants, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, and ANTHONY L. SCHIAVETTI et al., Respondents.— Order entered on August 24, 1962, so far as appealed from, unanimously affirmed, without costs. No opinion. Motion to dispense with printing granted. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ In the Matter of PAUL R. SHAW, Appellant, v. WILLIAM KAPELMAN et al., Respondents.— Order, entered on August 24, 1962, unanimously affirmed, without costs. No opinion. Motion to dispense with printing granted. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ In the Matter of PATRICK J. FOLEY et al., Respondents, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and JOHN J. KEOHANE, Appellant.— Order, entered on August 24, 1962, unanimously affirmed, without costs. Leave to respondent-appellant to appeal to the Court of Appeals granted. No opinion. Motion to dispense with printing granted. ˙Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ In the Matter of MANUEL B. SANCHES et al., Appellants, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents. In the Matter of WILLIAM MOSKOWITZ et al., Respondents, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and Candidates, Appellants.— Orders entered on August 23, 1962, so far as appealed from, unanimously affirmed, without costs. No opinion. Motion to dispense with printing granted. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.